IN THE

### 3RD DISTRICT COURT - SALT LAKE

### COUNTY OF SALT LAKE, STATE OF UTAH

| State of Utah vs. JONATHAN HOWARD ROBB Date of Birth: 07/22/1989 Arrestee | Affidavit of Probable Cause |
|---|---|

On  04/15/2020 17:00    the defendant was arrested for the offense(s) of:

|   | Offense Date | Offense Description | Statute | Gov Code | Severity | DV |
|---|---|---|---|---|---|---|
| 1 | 04/15/2020 | THEFT BY EXTORTION | 76-6-406 | UT | F3 | No |
| 2 | 04/15/2020 | POSSESSION OR USE OF A CONTROLLED SUBSTANCE | 58-37-8(2)(A)(I) | UT | MB | No |
| 3 | 04/15/2020 | POSSESSION OR USE OF A CONTROLLED SUBSTANCE | 58-37-8(2)(A)(I) | UT | MB | No |
| 4 | 04/15/2020 | USE OR POSSESSION OF DRUG PARAPHERNALIA | 58-37A-5(1) | UT | MB | No |

I believe there is probable cause to charge the defendant with these charges because:

During the week of April 6, 2020, T.M. was contacted on Instagram by a former friend, Jonathan Howard Robb. Robb knows T.M. to be a wealthy businessman. Robb began to threaten to publicly post information about T.M. that would harm the reputation and business of T.M. Robb took active steps to post some of this information on his Instagram page. T.M. stated that, while the information Robb was threatening to post was not true, even the allegations could damage his reputation and business. Robb stated that money would make him not post the items and if T.M. paid Robb $500,000, Robb would not post the information and would "bury it". A meeting was set up for T.M. to turn over $50,000 of the funds and a male, who was later identified as Robb, arrived at the location. He was taken into police custody. Upon being taken into custody, Robb uttered that "this is what happens when you blackmail a billionaire". Post-MIranda, Robb admitted to investigators that he had "dirt" on T.M. and intended on releasing it to get "justice". He stated that he knew the information would damage T.M.'s reputation and that he agreed to accept $500,000 cash to not post the information publicly. Upon being taken into custody, Robb had in his possession a dap pipe containing marijuana and mushrooms in his vehicle. He admitted all items belonged to him.

I believe these to be additional condition(s) for continued detention:

The current offense is a felony. The court finds substantial evidence to support the charge, and finds by clear and convincing evidence that ? would constitute a substantial danger to any another individual or to the community, or is likely to flee the jurisdiction of the court if released on bail.

Robb has been travelling the country, stated he is homeless, and that he was going to leave Utah to go to Colorado tomorrow.

EXHIBIT B

| Officer Name: TYSON GARY DOWNEY | Badge ID: 27A29 |
|---|---|
| I am a sworn officer with: UT018015A - ATTORNEY GENERAL | |
| Arresting agency case number: AG2020-190 | Associated citation number: |

I declare under penalty of perjury and under the laws of the State of Utah that the foregoing is true and correct.
/s/ TYSON GARY DOWNEY

SUBMISSION IDENTIFICATION INFORMATION

| Booking agency: SALT LAKE COUNTY JAIL | | Booking agency ORI: UT018013C |
|---|---|---|
| Booking agency case number: 20014978 | SID: 806581 | OTN: 58920547 |
| Booking UserID: sshepard | Booking date/time: 04/15/2020 19:41 | Submission ID: 998081 (Version 1) |