

Exhibit C


