





















← Tweet

Rod, Yurof @RodYurof · Sep 19
What do you think of the story he tells regarding your friend? Is it mostly true, somewhat? Total BS?

I'm curious to hear if you think Trevor crossed lines in those events, or if there's something there that warrants actual criminal investigation, etc.

♡ 3          ⟲          ♡ 8          ⬆

David Bateman
@davidbateman

Replying to @RodYurof @WholeMarsBlog and 2 others

Maybe I'll make a video to explain what happened and post it tomorrow. It's complicated and tragic. Jonny just bad mouthed Trevor online. They were super tight buddies for years, but Trevor kinda forgot about him when he got successful

2:20 AM · Sep 19, 2020 · Twitter for iPhone

2 Retweets   61 Likes

♡          ⟲          ♡          ⬆

David Bateman @davidbateman · Sep 19
Replying to @davidbateman @RodYurof and 3 others
So off Jonny went posting to his insta story some negative posts about Trevor. All the stuff I remember him posting was 💯 true. He wasn't trying to extort anyone. Trevor is just a bit of a slime ball so Jonny had a lot of bad stuff on him without trying

♡ 3          ⟲ 2          ♡ 61          ⬆

David Bateman @davidbateman · Sep 19
During this time Jonny was in a very intense manic episode. We were all trying to help him come down. He was using large quantities of acid, like Milton stated. That was maybe only true thing Milton said

♡ 1          ⟲ 1          ♡ 45          ⬆

Show replies

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

Relevant people

David Bateman
@davidbateman                    Follow
CEO of Entrata; Software Engineer;
Dad; Lucky Husband

Rod, Yurof
@RodYurof                        Follow
🏹 reasoning from first principles.🤺

Whole Mars Catalog
@WholeMarsBlog                   Follow
part 24 hour EV news channel / part
shitty stand up comedy routine

What's happening

Science · 3 hours ago
NASA confirms there is evidence of hidden water on sunlit surface of the moon 🌕

World news · Last night
Venezuelan opposition leader Leopoldo López has fled the country

US elections · 58 minutes ago
Man charged with burning ballot drop box in Boston, police say

NFL · 5 hours ago
Odell Beckham Jr. out for the season with a torn ACL

US elections · LIVE
Colorado: Election news and updates

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More—   © 2020 Twitter, Inc.

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up



← Tweet

trying to help him come down. He was using large quantities of acid, like Milton stated. That was maybe only true thing Milton said

**David Bateman** @davidbateman · Sep 19
I personally negotiated a truce between Jonny and Trevor. I coached Trevor on what to say to Jonny so he would back down. Dude has zero chill. They had a call. Jonny had it out. Trevor ate crow supposedly. I talked to Jonny afterwards and he said he was done with it. Felt better

💬 1          🔁 1          ❤ 46          ⬆

**David Bateman** @davidbateman · Sep 19
A week later Jonny comes back to Utah and starts telling me he found a way to make a bunch of money. Literally the next day I found out Jonny got arrested for extortion. The story didn't add up at all. Jonny had cooled off. He's just not the type to extort someone, period

💬 3          🔁 1          ❤ 44          ⬆

_This Tweet was deleted by the Tweet author. Learn more_

**David Bateman**
@davidbateman

Replying to @davidbateman @RodYurof and 3 others

I was 99.9% convinced Milton had entrapped him, though I didn't have all the details. Milton told me he was going to get Jonny put in prison before the alleged extortion. Jonny in his manic state was no match, especially having let his guard down thinking he'd settled the dispute

2:52 AM · Sep 19, 2020 · Twitter for iPhone

**2** Retweets    **36** Likes

💬          🔁          ❤          ⬆

**David Bateman** @davidbateman · Sep 19
Replying to @davidbateman @RodYurof and 3 others
The entire week Jonny was interacting with Trevor Milton he was in Cali with a friend who saw and heard everything. He's ready to come forward. More women will likely come forward with Milton's attempts to traffic them

💬 2          🔁 5          ❤ 58          ⬆

_This Tweet was deleted by the Tweet author. Learn more_

Show replies

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**David Bateman**     Follow
@davidbateman
CEO of Entrata; Software Engineer; Dad; Lucky Husband

**Rod, Yurof**     Follow
@RodYurof
🔺reasoning from first principles🔺

**Whole Mars Catalog**     Follow
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine

**What's happening**

Science · 3 hours ago
NASA confirms there is evidence of hidden water on sunlit surface of the moon 🌙

World news · Last night
Venezuelan opposition leader Leopoldo López has fled the country

US elections · 58 minutes ago
Man charged with burning ballot drop box in Boston, police say

NFL · 5 hours ago
Odell Beckham Jr. out for the season with a torn ACL

US elections · LIVE
Colorado: Election news and updates

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More···   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in     Sign up



twitter.com/davidbateman/status/130722031978293248



← Tweet

Daniel Hernandez @danthealbino · Sep 19
What the actual... Trevor is a very interesting man. Fraudster one day to cheater the next.

David Bateman @davidbateman · Sep 19
In fairness, Trevor was not married when these were sent

goodvibesonly @girldadninja · Sep 19
Still, You don't offer money to hookup with someone. There's a word for that. Called prostitution.

Daniel Hernandez @danthealbino · Sep 19
Could also be considered sexual harassment depending on the context.

David Bateman @davidbateman
Replying to @danthealbino @girldadninja and 3 others

It was 100% harassment. If only you knew the women he was sending them to. They are nice little Church gals out here in Utah who probably wouldn't even kiss on the first date

1:29 AM · Sep 19, 2020 · Twitter for iPhone

20 Likes

goodvibesonly @girldadninja · Sep 19
Replying to @davidbateman @danthealbino and 3 others
Wow. Smh. 🔴 I'm familiar with Utah. Very respectable Mormons. That's insane. Sorry that happen my guy. 🙏

Daniel Hernandez @danthealbino · Sep 19
Replying to @davidbateman @girldadninja and 3 others
I had to take it all in after reading through the conversation a few times. You can make out that the individual isn't comfortable with the conversation and he continues to force the conversation. Hope all is well with your friend, sorry she had to deal with this guy.

New to Twitter?
Sign up now to get your own personalized timeline!

Sign up

Relevant people

David Bateman
@davidbateman                    Follow
CEO of Entrata; Software Engineer; Dad; Lucky Husband

Daniel Hernandez
@danthealbino                    Follow
Investor | Cyber Security Analyst **This page is a representation of my personal views** Strive to Succeed | Enjoy Life

goodvibesonly
@girldadninja                    Follow
New to the stock world. I left my old life behind, Stocktwits @GirlDadNinja. Goal, 8k to 100k. #goodvibesonly /In honor of the fight, old pic from few years ago

What's happening

Science · 3 hours ago
NASA confirms there is evidence of hidden water on sunlit surface of the moon 🌙

World news · Last night
Venezuelan opposition leader Leopoldo López has fled the country

US elections · 58 minutes ago
Man charged with burning ballot drop box in Boston, police say

NFL · 5 hours ago
Odell Beckham Jr. out for the season with a torn ACL

US elections · LIVE
Colorado: Election news and updates

Don't miss what's happening
People on Twitter are the first to know.

Log in     Sign up

