













twitter.com/davidbateman/status/1308197709640118272

Tweet

**David Bateman**
@davidbateman

#NikolaGate #Nikola @nikolatrevor

pick a girl out for me haha

Haha no way

You'd totally win both ways. Ha. I don't get anything out of it. But ok:)

You wouldn't love that?! What a fun trip.

When's the last time you got laid or is being a single. Mommy ruin that haha? Sorry. Never dated a mom lol

Are you serious?

Let's go surfing. :) find you a guy in Puerto Rico ! Make it a story.

I heard some mom's are even more turned on. Haha. I mean I'm just being tight with ya. Let's go play and get your mind off things. You need a vacay!

Yeah! Lol. I'm curious. Never dated a mom.

Your ignorance is unreal

Nope your vagina just stops working after you had kids. I can't believe you didn't know that

Text Message     Send

6:13 PM · Sep 21, 2020 · Twitter for iPhone

18 Retweets    10 Quote Tweets    140 Likes

**Rod, Yurof** @RodYurof · Sep 21
Replying to @davidbateman and @nikolatrevor
Gross

8

**Lisa #TeslaTruth** @TeslaLisa · Sep 21
Replying to @davidbateman and @nikolatrevor
oh my!

2

**Rod, Yurof** @RodYurof · Sep 21
Replying to @davidbateman and @nikolatrevor
I'm sure his wife isn't stoked if she didn't know already.

13

**Jeffrey Stanton** @JeffreyInvests · Sep 21
Replying to @davidbateman and @nikolatrevor
This just reminded me of something I heard Trevor say in an interview. It's probably not a real connection, but...it might be? It would be crazy if true, so I'd rather send a DM if possible...

4

**mcm-ct.com** @mcm_ct · Sep 21
Replying to @davidbateman @MelaynaLokosky and @nikolatrevor
What is that? @nikolatrevor?

---

**Search Twitter**

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

**David Bateman**
@davidbateman          **Follow**
CEO of Entrata; Software Engineer; Dad; Lucky Husband

**What's happening**

Science · 3 hours ago
**NASA confirms there is evidence of hidden water on sunlit surface of the moon** 🌙

World news · Last night
**Venezuelan opposition leader Leopoldo López has fled the country**

US elections · 1 hour ago
**Man charged with burning ballot drop box in Boston, police say**

US elections · LIVE
**Colorado: Election news and updates**

US news · LIVE
**Hundreds of thousands affected as intense wildfires continue to spread throughout California**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2020 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**     **Sign up**





different.

Obviously I'm not pre judging. I was just asking a cute mom.

Let's go surfing. :) find you a guy in Puerto Rico ! Make it a story.

I heard some mom's are even more turned on. Haha. I mean I'm just being tight with ya. Let's go play and get your mind off things. You need a vacay!













