facebook.com/552896000/posts/10158257212101001/?extid=0&d=n

**facebook**

Sign Up

Email or Phone                    Password

Log In

Forgot account?

**Aubrey Ferrin Smith**
September 21

Trevor Milton is my cousin. On September 12, 1999--the day of our grandfather's funeral--Trevor sexually assaulted me. I was 15 years old, and he was 17.

To be clear, he did not rape me. He did assault me.

Following the funeral service, we went to our uncle's house. We have a large family, and several of the cousins were watching a movie together. At some point, he and I were the only ones left in the room, and the door was closed. He asked me if I wanted a back massage.

I was an LDS (Mormon) kid, and had never even held anyone's hand. I was beyond sheltered and incredibly naive.
In his characteristically nonchalant and charismatic (yet demeaning) way, he told me that he was taking a massage class in school. Everyone in class would take their shirt off during massages. It was what masseuses had their clients do. Everyone did it. Basically, I would be a dumb, paranoid prude if I didn't do it, too.

I felt awkward, and pressured, and didn't know what to think. Of course it would be fine. After all, he had the Priesthood, he was going on a mission soon. He was my cousin. Of course I could trust him. If I couldn't be safe with family, who could I trust? I took my shirt off.

Then he told me that the girls in the class always took their bras off, because the straps got in the way. As he said that, he took mine off. 100% without my permission. Just went for it. I froze. I couldn't make sense of what was happening. Tiny, naive, sheltered Mormon girl that I was, I could not process that this was occurring. My head was pounding, and I felt sick.

He groped me on the day of my grandpa's funeral. Luckily, someone knocked on the door. They didn't come in the room, but it was enough to snap me out of it. In shock, I left.

The next day as he and his family were leaving, he smiled at me and grabbed my arm, pulling me into a prolonged hug. He said he had fun "hanging out" with me.

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2020

See more of Aubrey Ferrin Smith on Facebook

Log In         or         Create New Account


**EXHIBIT G**

