

**Trevor Milton**
@nikolatrevor

Founder, Executive Chairman of @nikolamotor Nasdaq traded: NKLA. It's our duty to leave the world a better place and inspire people. Instagram: lakepowelltrevor

Phoenix, AZ

Tweets 2,510 | Following 9 | Followers 106K | Likes 4,309

Follow

**Tweets**    Tweets & replies    Media

Pinned Tweet

**Trevor Milton** @nikolatrevor · Jul 7
I block anyone rooting for someone's failure. Just a heads up. If you're unable to say anything positive or you show excitement for the struggles of others in life or harass our followers, instant block. #SpreadLoveNotHate

**Trevor Milton** @nikolatrevor · 7h
I will be cheering from the sidelines with you. Your greatest fan.

### New to Twitter?

Sign up now to get your own personalized timeline!

**Sign up**

© 2020 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info


EXHIBIT
I