← Tweet

Whole Mars Catalog
@WholeMarsBlog

hooooolllyyyy cow

This is in the Financial Times. The Trevor Milton / Elizabeth Holmes comparison has gone full mainstream financial media.

Mr Milton isn't one to let a small problem like that get in his way. Hours after the critical hedge fund report came out, he shot back on video: "It goes to show you that when you're changing the world . . . these people love to take you down."

It was reminiscent of another lauded tech visionary who came under intense scrutiny for allegedly overstating her company's achievements. "This is what happens when you work to change things," Elizabeth Holmes, the founder of blood-testing start-up Theranos, said after she first came under attack. "First they think you're crazy, then they fight you, and then all of a sudden you change the world."

Ms Holmes is now facing a fraud trial over claims that she faked technical demonstrations, among other things. Mr Milton, by contrast, is still at the helm of a company worth $14bn, and bent on going all the way.

New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

Relevant people

Whole Mars Catalog
@WholeMarsBlog                    Follow
part 24 hour EV news channel / part shitty stand up comedy routine

What's happening

US elections · 2 hours ago
Man charged with burning ballot drop box in Boston, police say

Science · 4 hours ago
NASA confirms there is evidence of hidden water on sunlit surface of the moon

Politics · LIVE
Amy Coney Barrett set to be confirmed as a Supreme Court justice

US elections · LIVE
Colorado: Election news and updates

US news · LIVE
Hundreds of thousands affected as intense wildfires continue to spread throughout California

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More---   © 2020 Twitter, Inc.


EXHIBIT
K

Don't miss what's happening
People on Twitter are the first to know.

Log in    Sign up

← Tweet

Holmes, the founder of blood-testing start-up Theranos, said after she first came under attack. "First they think you're crazy, then they fight you, and then all of a sudden you change the world."

Ms Holmes is now facing a fraud trial over claims that she faked technical demonstrations, among other things. Mr Milton, by contrast, is still at the helm of a company worth $14bn, and bent on going all the way.

4:50 PM · Sep 11, 2020 · Twitter for iPhone

**10** Retweets    **1** Quote Tweet    **57** Likes

💬    ⟲    ♡    ⬆

**AWESOMEFINANCE** @AwesomeFinance1 · Sep 11
Replying to @WholeMarsBlog
Trevor will out do Elizabeth 🍿
💬    ⟲    ♡ 3    ⬆

**Stringer Bell** @Stringbell27 · Sep 11
Replying to @WholeMarsBlog
We've been saying this is theranos 2.0 for a while.

Great to see them catching up.
💬    ⟲    ♡ 8    ⬆

**vk** @newbielives · Sep 11
Replying to @WholeMarsBlog
Is it weird I want Elizabeth and Trevor to be a couple ❤❤❤
💬 1    ⟲    ♡ 2    ⬆

**Dalla** @LINDAURADALLA · Sep 11
🤣😂
💬    ⟲    ♡ 2    ⬆

🔒 **Amy Ferguson** @coskier61 · Sep 11
Replying to @WholeMarsBlog and @AdamHoov

---

🐦 Explore
# Explore
⚙ Settings

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

**Sign up**

**Relevant people**

Whole Mars Catalog
@WholeMarsBlog                Follow
part 24 hour EV news channel / part shitty stand up comedy routine

**What's happening**

US elections · 2 hours ago
Man charged with burning ballot drop box in Boston, police say

Science · 4 hours ago
NASA confirms there is evidence of hidden water on sunlit surface of the moon 🌕

Politics · LIVE
Amy Coney Barrett set to be confirmed as a Supreme Court justice

US elections · LIVE
Colorado: Election news and updates

US news · LIVE
Hundreds of thousands affected as intense wildfires continue to spread throughout California

Show more

Terms of Service  Privacy Policy  Cookie Policy
Ads info  More···  © 2020 Twitter, Inc

**Don't miss what's happening**
People on Twitter are the first to know.            Log in    Sign up





twitter.com/WholeMarsBlog/status/1307377541758423040/photo/1

**Kayli Welch**
@_kayliw

Silly @nikolatrevor the profiles weren't fake :) Jonny came to the defense of SEVERAL girls you harassed. You just couldn't handle being seen as the creep you truly are. You lie for a living but we all know the truth. Soon others will too. Karma makes her way around.

---

**Whole Mars Catalog** @WholeMarsBlog · Sep 13

Trevor telling the Johnny Robb story:
heyamifat.com/robb.mp4

When Jonathan Howard Robb started posting about Trevor on Insta, Trevor DM'd him and said he'd pay $20,000 to stop posting.

It turned out to be a sting operation. Jonny Robb was arrested. 3 weeks later he died.

Show this thread

KSL.com ☀88° 🔍 👤 ≡

NEWS / UTAH / More sections ⌄



eMemories › obituary › jonathan-...

uary & Life Story for Jona
ard Robb ... - theMemor

, 2020 · Jonathan Howard
was born on July 22, 1989
Lake City, UT to parents
oward Robb and Julie
n Robb.

**Man arrested, accused of trying to extort Utah billionaire**

y Pat Reavy, KSL | Posted · Apr. 16, 2020 at 4:48 p.m.

💬 14     🔁 5     ♡ 37     ⬆

---

**Whole Mars Catalog**
@WholeMarsBlog

We now have multiple people who know Trevor saying the Facebook Messenger DM we saw was not an isolated innocent

apparently he tried to pay other women to do the same thing?

11:54 AM · Sep 19, 2020 · Twitter Web App

5 Retweets  37 Likes

💬        🔁        ♡        ⬆

**What_isitlike** @WI... · Sep 19
Replying to @WholeMarsBlog
Yo, this thing is on another level now.
💬        🔁        ♡ 2        ⬆

**Stephan** @stepha... · Sep 19
Replying to @WholeMarsBlog
Whaaaat?!??
💬        🔁        ♡ 2        ⬆

**Erik J. Martin** @so... · Sep 19
Replying to @WholeMarsBlog
It's so easy to not be a creep, just y'know, don't be creep. Pretty simple. Respect others, be worthy of trust. And then, hey, bonus, no one can try to extort you for being creepy, because, you weren't.
💬        🔁        ♡ 2        ⬆

**Mrevor Tilton** @Fi... · Sep 19
Replying to @WholeMarsBlog
@nikolatrevor looking at social media this morning.

💬 2        🔁        ♡ 9        ⬆

Show replies

3:51 PM   10/26/2020



twitter.com/WholeMarsBlog/status/1307377541758423040/photo/2

Tweet

Explore

How to Twitter?

**David Bateman** @davidbateman · 14m

The entire week Jonny was interacting with Trevor Milton he was in Cali with a friend who saw and heard everything. He's ready to come forward. More women will likely come forward with Milton's attempts to traffic them

💬 1        🔁 1        ❤️ 3        ↑

💬 14      🔁 5        ❤️ 37      ↑

---

**Whole Mars Catalog** ···
@WholeMarsBlog

We now have multiple people who know Trevor saying the Facebook Messenger DM we saw was not an isolated innocent

apparently he tried to pay other women to do the same thing?

11:54 AM · Sep 19, 2020 · Twitter Web App

**5** Retweets  **37** Likes

💬        🔁        ❤️        ↑

**What_isitlike** @Wi... · Sep 19 ···
Replying to @WholeMarsBlog
Yo, this thing is on another level now.

💬        🔁        ❤️ 2      ↑

**Stephan** @stepha... · Sep 19 ···
Replying to @WholeMarsBlog
Whaaaat?!??

💬        🔁        ❤️ 2      ↑

**Erik J. Martin** @so... · Sep 19 ···
Replying to @WholeMarsBlog
It's so easy to not be a creep, just y'know, don't be creep. Pretty simple. Respect others, be worthy of trust. And then, hey, bonus, no one can try to extort you for being creepy, because, you weren't.

💬        🔁        ❤️ 2      ↑

**Mrevor Tilton** @Fi... · Sep 19 ···
Replying to @WholeMarsBlog
@nikolatrevor looking at social media this morning.

💬 2      🔁        ❤️ 9      ↑

Show replies

3:52 PM
10/26/2020

← Thread

**Whole Mars Catalog**
@WholeMarsBlog

Trevor Responds! (continued in next tweet)



1:36   1.8K views

11:48 AM · Sep 11, 2020 · Twitter for iPhone

**4** Retweets   **2** Quote Tweets   **34** Likes

**Whole Mars Catalog** @WholeMarsBlog · Sep 11
Replying to @WholeMarsBlog
the shocking conclusion

Search Twitter

**Relevant people**

**Whole Mars Catalog**
@WholeMarsBlog
part 24 hour EV news channel / part
shitty stand up comedy routine

Follow

**What's happening**

Science · 2 hours ago
NASA confirms there is evidence
of hidden water on sunlit surface
of the moon 🌙

#GetTheFamilyOn
Share your favorite music with the family plan,
now with a kids app.
Promoted by Spotify

ET Canada ✓ · 3 hours ago
Drew wants to "run away" with
Jennifer in next Adam Sandler
film

Los Angeles Times ✓ · Yesterday
She's pregnant, she has COVID-
19, and she can't breathe

US elections · LIVE
Colorado: Election news and
updates

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⋯   © 2020 Twitter, Inc.

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

Tweet

LawyerMan
@LawyerM30512086