Matthew R. Lewis (7919)
Ryan B. Bell (9956)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
rbell@kbalaw.com

Terence Healy (*pro hac vice*)
Samuel W. Salyer (*pro hac vice*)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (202) 721-4600
terence.healy@hugheshubbard.com
samuel.salyer@hugheshubbard.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR MILTON,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID BATEMAN,<br><br>    Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:20-cv-00700-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

The parties have reached an agreement to resolve this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), the parties hereby stipulate and request that this action be dismissed with prejudice, with each side to bear its own costs and fees.

DATED: January 3, 2022.   Respectfully submitted,

*/s/ Matthew R. Lewis*
Matthew R. Lewis (7919)
Ryan B. Bell (9956)
**KUNZLER BEAN & ADAMSON, PC**
50 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
rbell@kbalaw.com

Terence Healy (pro hac vice)
Samuel W. Salyer (pro hac vice)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
Telephone:  (202) 721-4600
terence.healy@hugheshubbard.com
samuel.salyer@hugheshubbard.com

*Attorneys for Plaintiff*


*/s/ Darren G. Reid (with permission)*
Eric G. Maxfield (8668)
Darren G. Reid (11163)
Brandon T. Christensen (16420)
**HOLLAND & HART LLP**
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: (801) 799-5800
Facsimile: (801) 799-5700
egmaxfield@hollandhart.com
dgreid@hollandhart.com
btchristensen@hollandhart.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** via the Court's electronic case filing system, which effectuated service on all counsel of record.

/s/   *Kiersten Slade*
By:   Kiersten Slade