Matthew R. Lewis (7919)
Ryan B. Bell (9956)
**KUNZLER BEAN & ADAMSON, P.C.**
50 W. Broadway, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
mlewis@kba.law
rbell@kbalaw.com

Terence Healy (*pro hac vice*)
Samuel W. Salyer (*pro hac vice*)
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (202) 721-4600
terence.healy@hugheshubbard.com
samuel.salyer@hugheshubbard.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR MILTON, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BATEMAN, <br><br> Defendant. | **ORDER GRANTING DISMISSAL WITH PREJUDICE** <br><br> Case No. 2:20-cv-00700-HCN-DBP <br><br> Judge Howard C. Nielson, Jr. <br> Magistrate Judge Dustin B. Pead |

The Court, having considered the parties' Stipulation of Voluntary Dismissal with Prejudice, and for good cause appearing, hereby ORDERS as follows:

The case is DISMISSED WITH PREJUDICE, with each side to bear its own costs and fees.

IT IS SO ORDERED.

DATED this ___ day of January, 2022.

        BY THE COURT:

        */s/*_____
        Judge Howard C. Neilson, Jr.
        United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I filed the foregoing **ORDER GRANTING DISMISSAL WITH PREJUDICE** via the Court's electronic case filing system, which effectuated service on all counsel of record.

>	*/s/	Kiersten Slade*
>	By:	Kiersten Slade